UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ERIC DEVAL LEWIS                                          CIVIL ACTION

VERSUS                                                    NUMBER: 19-2423

COLONEL MIKE TODD, ET AL.                                 SECTION: "F"(5)

**O R D E R**

The Court, having considered the motion, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of Plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that Plaintiff's §1983 claims against the Defendants in their official capacity are dismissed without prejudice for want of jurisdiction and that Plaintiff's §1983 claims against the Defendants in their individual capacity are dismissed with prejudice pursuant to 28 U.S.C. §1915(e) and Rule 12(b)(6), Fed. R. Civ. P.

New Orleans, Louisiana, this 23rd day of October, 2019.

_____
MARTIN L.C. FELDMAN
UNITED STATES DISTRICT JUDGE