UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ERIC DEVAL LEWIS | CIVIL ACTION |
| VERSUS | NUMBER: 19-2423 |
| COLONEL MIKE TODD, ET AL. | SECTION: "F"(5) |

**O R D E R**

The Court, having considered the motion, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of Plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that Plaintiff's motion to file an amended/supplemental complaint is denied.

New Orleans, Louisiana, this 30th day of January, 2020.

_____
MARTIN L.C. FELDMAN
UNITED STATES DISTRICT JUDGE